IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CRESCENT MOON FARM TRUST, | Case No. 19-21764-JRS |
| Debtor. | Judge Sacca |

DEBTOR'S MOTION TO DISMISS CASE

**COMES NOW** Crescent Moon Farm Trust (the "Debtor") and moves this Court (the "Motion") pursuant to Sections 305(a) and 1112(b) of Title 11 of the United States Code (the "Bankruptcy Code") for an order dismissing this case, respectfully showing the Court as follows:

1.      Applicant filed the instant case under Chapter 11 of the Bankruptcy Code on September 2, 2019 (the "Petition Date").

2.      The principal creditor in the case at that time was David Bellino. Mr. Bellino was owed a debt secured by the real estate owned by Debtor in the amount of $129,268.47.

3.      The only other creditor in the case is Brian L Willis Homes, Inc., which is owed a debt of $19,676.00.

4.      On September 13, 2019, this Court entered an order permitting Debtor to borrow $170,000.00 from Juan Torres, secured by the estate's real estate and to pay Mr. Bellino's secured claim (the "Interim Financing Order").

5.      The loan authorized by the Interim Financing Order was consummated on September 13, 2019, and Mr. Bellino's claim has been paid.

6.      Pursuant to Bankruptcy Code § 305(a)(1) the Court may dismiss a case after notice and hearing if "the interests of creditors and the debtor would be better served by such dismissal."

KC-4834-3710-4796-2

7.     Pursuant to Bankruptcy Code § 1112(b)(1) the Court may dismiss a case for cause after notice and hearing if dismissal is "in the best interests of the creditors and the estate."

8.     Upon information and belief, Debtor states that all the creditors in this case consent to the dismissal of the case and that dismissal is in the best interests of the creditors and the debtor.

9.     Debtor has reserved $1,625.00 for the payment of US Trustee fees in this case. Those funds are held in the trust account of counsel for Debtor.

WHEREFORE, Debtor prays this Court for an Order dismissing this Chapter 11 case pursuant to Bankruptcy Code §§ 305(a) and 1112(b) and for all such other and further relief as the Court deems equitable and just.

This 26th day of September, 2019.

KELLEY & CLEMENTS LLP

By:     */s/ Charles N. Kelley, Jr.*
        Charles N. Kelley, Jr.
        Georgia State Bar No. 412212

Proposed Attorneys for Debtor in Possession

Post Office Box 2758
Gainesville, Georgia 30503-2758
(770) 531–0007
ckelley@kelleyclements.com

KC-4834-3710-4796-2

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the above and foregoing Motion upon the following by electronic mail:

David S. Weidenbaum        david.s.weidenbaum@usdoj.gov
Brad J. Patten              bpatten@sgwmfirm.com

and upon the parties on the attached list by U.S. Mail, first class postage prepaid, addressed as disclosed on the list.

This 26th day of September.

KELLEY & CLEMENTS LLP

By:     /s/ Charles N. Kelley, Jr.
        Charles N. Kelley, Jr.
        Georgia State Bar No. 412212
        Proposed Attorneys for Debtor in Possession

PO Box 2758
Gainesville, Georgia 30503-2758
(770) 531-0007
ckelley@kelleyclements.com

KC-4834-3710-4796-2